PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Arnold Galicia TREVINO II |
| **Docket Number:** | 2:01CR00147-01 |
| **Offender Address:** | Arbuckle, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/22/2002 |
| **Original Offense:** | 21 USC 846 - Conspiracy to Possess Methamphetamine With Intent to Distribute (CLASS A FELONY);<br>21 USC 841(a)(1) - Possession of Methamphetamine With Intent to Distribute (CLASS B FELONY);<br>21 USC 841(a)(1) - Possession of Methamphetamine With Intent to Distribute (CLASS A FELONY) |
| **Original Sentence:** | 121 months custody of Bureau of Prisons; 60 month Term of Supervised Release; $10,000 fine; $300 special assessment. |
| **Special Conditions:** | 1) Submit to search; 2) Financial disclosure; 3) No new debt or credit; 4) Participate in drug/alcohol treatment; 5) Participate in drug/alcohol testing; 6) Not possess or have access to paging device of cell phone without permission; 7) Abstain from alcohol and alcohol restrictions; 8) Aftercare co-payment; and 9) Register as a drug offender. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/18/2009 |
| **Assistant U.S. Attorney:** | To be assigned       **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be assigned       **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:     **Arnold Galicia TREVINO II**
        **Docket Number:   2:01CR00147-01**
        <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     NEW LAW VIOLATION**

**Details of alleged non-compliance:** According to a Yolo County Sheriff's report, during the month of June 2009 the offender allowed a woman he was involved with to live with him temporarily. On June 18, 2009, the offender and the woman were involved in an argument and he told her to leave. The argument continued, at which time the woman called 911. The offender was taken into custody for False Imprisonment with Force and Violence, Threats to Commit a Crime, Battery Against a Person in a Dating Relationship, Injuring Wireless Communication, and Exhibiting a Deadly Weapon Other then a Firearm. On March 30, 2010, all charges originally filed were dismissed. The offender pled No Contest to a violation of 166 of the California Penal Code - Contempt, in Yolo County case number CRF 090002843. He was fined $750.00, which he paid the same day. This officer spoke to the Deputy District Attorney Deanna Hayes in Yolo County who confirmed all the charges were dismissed based on a lack of evidence.

Upon law enforcement contact, the offender contacted this officer right away. He was cooperative and apologetic for allowing the woman to live with him without notifying the probation office. As a result of his conduct, the offender was referred to the Intermediate Sanction Program run through the United States Probation Office. He successfully completed the program and has continued to do well on supervised release. He has remained gainfully employed at DeRosa Sales in Woodland, California, where he has been promoted to managing the warehouse. He has strong support from his extended family and a stable residence. He has remained in compliance with all other conditions of his supervision and has had no other contact with law enforcement.

RE:     Arnold Galicia TREVINO II
        Docket Number:   2:01CR00147-01
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

**United States Probation Officer Plan/Justification:** The offender has remained compliant with all other conditions of supervision, remained stable in the community, and has had no further contact with law enforcement. Therefore, it is respectfully recommended the Court take judicial notice of the conduct and no further action be taken at this time. The offender's conduct in the community will continue to be monitored. Should any further violation conduct arise, the probation officer will immediately notify the court.

                        Respectfully submitted,
                         /s/ Kyriacos M. Simonidis
                For
                        **TONI M. ORTIZ**
                        **United States Probation Officer**
                        Telephone:  (916) 930-4389

**DATED:**     January 17, 2012
               Sacramento, California
               TMO/jc

**REVIEWED BY:**     /s/ Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

RE:   Arnold Galicia TREVINO II
      Docket Number:   2:01CR00147-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

| | |
|---|---|
| 1/17/2012 | /s/ John A. Mendez |
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Assistant United States Attorney, to be assigned
      Assistant Federal Defender, to be assigned